## Krissinger *v.* Krissinger, Appellant.

Argued May 19, 1971. Before WRIGHT, P. J., WATKINS, MONTGOMERY, JACOBS, SPAULDING, and CERCONE, JJ. (HOFFMAN, J., absent).

*Fronefield Crawford,* with him *Sondra K. Slade, Fronefield Crawford, Jr.,* and *Crawford, Frazier & Diamond,* for appellant.

*Arthur Levy,* with him *Levy and Levy,* for appellee.

OPINION PER CURIAM, May 20, 1971:
Decree affirmed. Having made an independent study of the entire record we are of the opinion that the court below properly granted a decree in divorce in this case.

———

DISSENTING OPINION BY MONTGOMERY, J.:
My examination of this record convinces me that the appellee, husband, was far from being a paragon of virtue. His actions toward his wife contributed materially to her downfall. For that reason, he was not an injured and innocent libellant to entitle him to a divorce.

Therefore, I respectfully dissent.